UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

LEONEL MARTINEZ                                                            PLAINTIFF

v.                                             CIVIL ACTION NO. 5:15-CV-212-TBR

KSP GRIEVANCE COORDINATOR                                          DEFENDANT

### MEMORANDUM OPINION

Plaintiff Leonel Martinez initiated this civil action by filing a document on his own paper. By Order entered October 7, 2015, the Court ordered Plaintiff to complete a court-supplied 42 U.S.C. § 1983 Complaint Form; either pay the $400.00 filing fee or file an application to proceed without prepayment of fees; and complete a summons form for each defendant named in the Complaint.  The Court warned Plaintiff that failure to comply with the Order within the 30-day period would result in dismissal of the action.

More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).   Therefore, by separate Order, the Court will dismiss the instant action.  *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date:

cc:      Plaintiff, *pro se*
4413.011